UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Marco Antonio Daguino-Romero ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR738-LAB <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br><br> Booking No. 07375298 |

On order of the United States District/Magistrate Judge,   NITA L. STORMES

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Sebastian Rosas-Escobedo

DATED: 3-13-08

RECEIVED _____
            DUSM

NITA L. STORMES
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk