UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>)<br>Marco Antonio Pagnino-Romero )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR 738-LAB<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07375298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Silvia Sanchez-Hernanez

DATED: 3-13-08

RECEIVED _____
DUSM

NITA L. STORMES
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk