## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs  MARCO ANTONIO DAGNINO-ROMERO                    No.  08CR738-LAB

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on  3/27/08            and ended on  6/16/08            ;(X7,XT1)
_____ and ended on _____ . (    )

3161(h)
___(1)(A)        Exam or hrg for **mental or physical incapacity**                    A

___(1)(B)        **NARA exam**ination (28:2902)                                       B

___(1)(D)        State or Federal trials or **other charges pending**                 C

___(1)(E)        **Interlocutory appeals**                                            D

___(1)(F)        **Pretrial motions** (from flg to hrg or other prompt dispo)         E

___(1)(G)        **Transfers from other district** (per FRCrP 20, 21 & 40)            F

___(1)(J)        **Proceedings under advisement** not to exceed thirty days           G

___              Misc proc:  Parole or prob rev, deportation, **extradition**         H

___(1)(H)        **Transportation** from another district or to/from examination      6
                 or hospitalization in ten days or less

_X_(1)(I)        Consideration by Court of **proposed plea agreement**               (7)

___(2)           **Prosecution deferred** by mutual agreement                          I

___(3)(A)(B)     **Unavailability of defendant** or **essential witness**              M

___(4)           Period of **mental or physical incompetence** of defendant to         N
                 stand trial

___(5)           Period of **NARA commitment or treatment**                            O

___(6)           **Superseding indictment and/or new charges**                         P

___(7)           **Defendant awaiting trial of co-defendant** when no severance        R
                 has been granted

___(8)(A)(B)     **Continuance**s granted per (h)(8)-use "T" alone if more than        T
                 one of the reasons below are given in support of continuance

___(8)(B)(I)     1) Failure to grant a **continuance** in the proceeding             (T1)
                    would result in a **miscarriage of justice** and
                    the ends of justice outweigh the best interest
                    of the public and the defendant in a speedy trial.
                    **(Continuance - miscarriage of justice)**
_X_              2) Failure to grant a **continuance** of the trial would result in
                    a miscarriage of justice as the defendant has tendered a
                    guilty plea to a magistrate judge and is awaiting a
                    determination as to whether the plea will be accepted.
                    **(Continuance - tendered a guilty plea)**

___(8)(B)(ii)    2) **Case** unusual or **complex**                                   T2

___(8)(B)(iii)   3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3

___(8)(B)(iv)    4) **Continuance** granted in order to obtain or substitute counsel, T4
                    or give reasonable time to prepare
                    **(Continuance re counsel)**

___3161(I)       Time up to **withdrawal of guilty plea**                             U

___3161(b)       **Grand jury indictment time extended** thirty (30) more days        W

Date_3/27/08_                                        _____/s/_____
                                                      Judge's Initials